

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00769-CV

**Jennifer Lee Cuellar**

**v.**

**Rocky Wayne Neisser, Sr. and Kimberly Ann Neisser**

NO. 13-DCV-203,577 IN THE 387TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 08/04/2015 | E-PAID | ANT |
| MT FEE | $15.00 | 08/03/2015 | E-PAID | ANT |
| SUPP CLK RECORD | $34.00 | 12/30/2014 | PAID | ANT |
| MT FEE | $10.00 | 12/09/2014 | E-PAID | APE |
| CLK RECORD | $82.00 | 10/08/2014 | PAID | ANT |
| MT FEE | $10.00 | 10/03/2014 | NOT PAID | ANT |
| RPT RECORD | $3,475.20 | 09/17/2014 | UNKNOWN | STA |
| FILING | $195.00 | 09/16/2014 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $3,831.20.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this November 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**